## MERIT DECISIONS WITHOUT OPINIONS

**2004–2037. State ex rel. Sherman v. Sargeant.**
In Mandamus and Procedendo. On complaint of Robert Franklin Sherman. On S.Ct.Prac.R. X(5) determination, cause dismissed.

RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR and LANZINGER, JJ., concur.

MOYER, C.J., and O'DONNELL, J., dissent and would grant an alternative writ.

**2004–2087. Coffman v. Toyota Motor Credit Corp.**
In Quo Warranto. On motions to dismiss, motion for sanctions for frivolous action, and motions for stay. Motions to dismiss sustained. Motion for sanctions denied. Motions for stay dismissed as moot. Cause dismissed.

MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

**2004–2178. Johnson v. Cincinnati.**
In Habeas Corpus. On petition for writ of habeas corpus of Alonzo Johnson. Sua sponte, cause dismissed.

MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

## MOTION AND PROCEDURAL RULINGS

**2002–0506. State v. Fitzpatrick.**
Hamilton C.P. No. B0104117. On application for reopening under S.Ct.Prac.R. XI(6). Motion denied.

**2003–1538. Howland v. Purdue Pharma, L.P.**
Butler App. Nos. CA2002–09–220, CA2002–09–223 and CA2002–09–227, 2003-Ohio-3699. Reported at 104 Ohio St.3d 584, 2004-Ohio-6552, 821 N.E.2d 141. On motion to vacate judgment and for entry of a new judgment. Motion denied.

PFEIFER and O'DONNELL, JJ., dissent.

RESNICK and LANZINGER, JJ., not participating.

**2003–1964. State v. Conway.**
Franklin C.P. No. 02CR063117. This cause is pending before the court as a death penalty appeal from the Court of Common Pleas of Franklin County. On motion for substitution of counsel. Motion denied.

LUNDBERG STRATTON, J., dissents.

**2004–0819. Brickman & Sons, Inc. v. Natl. City Bank.**
Cuyahoga App. No. 81428, 2004-Ohio-1447. On motion to dismiss for lack of jurisdiction and mootness. Motion denied.

**2004–1078. Bd. of Edn. of Cleveland Mun. School Dist. v. Cuyahoga Cty. Bd. of Revision.**
Board of Tax Appeals, Nos. 2002–R–2641 and 2002–R–2642. On motion to strike pages 140–155 of appellant's supplement. Motion granted.

PFEIFER, J., dissents.

MOYER, C.J., not participating.

**2004–1454. State ex rel. Meris v. Indus. Comm.**
Franklin App. No. 03AP–810, 2004-Ohio-3883. On motion to strike appellant's Propositions of Law II and III. Motion granted.

RESNICK, PFEIFER and LANZINGER, JJ., dissent.

**2004–1808. Columbus Bar Assn. v. Halliburton–Cohen.**
Board of Commissioners on Grievances and Discipline, No. 03–113. On motion for admission pro hac vice of Lance Tibbles by Bruce A. Campbell. Motion granted.

**2004–2031. In re C.R.**
Cuyahoga App. No. 82891, 2004-Ohio-4465. On review of order certifying a conflict. The court

determines that a conflict exists. The parties are to brief the issue stated in the court of appeals' Journal Entry filed November 15, 2004:

"Whether, before awarding legal custody to a nonparent, a trial court must first find the noncustodial parent unsuitable when a child has been determined to be abused, neglected or dependent?"

The conflict cases are *In re D.R.*, 153 Ohio App.3d 156, 2003-Ohio-2852, 792 N.E.2d 203; *In re T.W.*, Summit App. No. 21594, 2003-Ohio-7185; *In re Gales*, Franklin App. Nos. 03AP–445 and 03AP–446, 2003-Ohio-6309; *In re Farrow*, Franklin App. No. 01AP–837, 2002-Ohio-3237; and *In re Osberry*, Allen App. No. 1–03–26, 2003-Ohio-5462.

**2004–2125. State v. Seal.**

Lake App. No. 2003–L–163, 2004-Ohio-5938. On motion for stay of court of appeals' judgment. Motion denied.

**2004–2139. State v. Burton.**

Licking App. No. 2004CA00027. On motion for leave to file delayed appeal. Motion granted. RESNICK and O'CONNOR, JJ., dissent.

**2004–2147. State v. Malone.**

Marion App. No. 9–04–46. On motion for leave to file delayed appeal. Motion denied. MOYER, C.J., and PFEIFER, J., dissent.

**2005–0010. State v. Bibbs.**

Cuyahoga App. No. 83955, 2004-Ohio-5604. On motion for leave to file delayed appeal. Motion denied. MOYER, C.J., PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**2005–0021. State v. Levy.**

Cuyahoga App. No. 83114, 2004-Ohio-4489. On motion for leave to file delayed appeal. Motion granted. RESNICK, LUNDBERG STRATTON and O'CONNOR, JJ., dissent.

**2005–0035. State v. West.**

Cuyahoga App. No. 83779, 2004-Ohio-5212. On motion for leave to file delayed appeal. Motion denied. MOYER, C.J., and PFEIFER, J., dissent.

**2005–0182. State v. Schmiesing.**

Darke App. No. 1640, 2005-Ohio-56. On motion for stay of court of appeals' judgment. Motion denied.

## APPEALS ACCEPTED FOR REVIEW

**2004–1668. State ex rel. Ohio Congress of Parents and Teachers v. State Bd. of Edn.**

Franklin App. No. 03AP–508, 2004-Ohio-4421. Discretionary appeal accepted; cross-appeal of State Bd. of Edn. accepted on Propositions of Law II, III, and IV; cross-appeal of Community Schools accepted on Propositions of Law II, III, and IV; and cross-appeal of White Hat Mgt. L.L.C. accepted.

MOYER, C.J., RESNICK and PFEIFER, JJ., would also accept the cross-appeals of State Bd. of Edn. and Community Schools on Propositions of Law I.

O'DONNELL, J., dissents.

**2004–1829. Cincinnati v. Baskin.**

Hamilton App. No. C–030864, 158 Ohio App.3d 539, 2004-Ohio-5055, 817 N.E.2d 433.

RESNICK, O'DONNELL and LANZINGER, JJ., dissent.

**2004–1862. Reinhart v. Bur. of Workers' Comp.**

Franklin App. No. 04AP–157. Discretionary appeal accepted; cause held for the decision in 2004–1738, *Parsons v. Bur. of Workers' Comp.*, Franklin App. No. 03AP–772, 2004-Ohio-4552; and briefing schedule stayed.

PFEIFER and O'DONNELL, JJ., dissent.

**2004–1877. State v. Saxon.**

Cuyahoga App. No. 83889, 2004-Ohio-5017.

PFEIFER and O'CONNOR, JJ., dissent.